UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATIPAN NAKKHUMPUN,<br><br>            Plaintiff,<br><br>    vs.<br><br>NEOLEUKIN THERAPEUTICS, INC.,<br>MARTIN BABLER, CANTEY BOYD,<br>ERIN LAVELLE, SARAH NOONBERG,<br>ROHAN PALEKAR, and TODD<br>SIMPSON, | Case No.:  1:23-cv-07570-PAC<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Patipan Nakkhumpun ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: March 5, 2024

**BRODSKY & SMITH**

By: *Evan J. Smith*

Evan J. Smith
240 Mineola Boulevard
Mineola, NY  11501
Phone:  (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*